WALES CHAMBERLAIN, as Administrator of the Estate of ALBERT O. BENJAMIN, Deceased, Respondent, *v.* THE OLEAN STREET RAILWAY COMPANY, Appellant.

*Benjamin* v. *Olean Street Ry. Co.*, 90 App. Div. 611, affirmed.
(Argued November 28, 1904; decided December 13, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 28, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Fred L. Eaton* for appellant.

*M. B. Jewell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.